UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21409-CIV-COHN/SELTZER
(CASE NO. 13-20921-CR-COHN)

IRA KEMOY GRANT,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Ira Kemoy Grant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE 1] ("Motion") and United States Magistrate Judge Seltzer's Report and Recommendations [DE 7] ("Report").  Grant has not objected to the Report, and the time to do so has passed.

Grant's Motion raises three issues with his underlying conviction and sentence for illegal reentry.   They are as follows.  First, he argues that his attorney rendered ineffective assistance by failing to adequately explain his plea agreement before he pleaded guilty.  Second, he argues that his attorney rendered ineffective assistance by failing to vigorously argue for a downward variance at sentencing.  And, third, he argues that the Court's imposition of a 46-month sentence was unreasonable.

Upon review, the Court agrees with Judge Seltzer's reasoning, conclusions, and

1

recommendations.  The Court will accordingly deny the Motion.  The Court will further

deny a certificate of appealability because Grant has not made a "substantial showing

of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Further, Movant has not

shown that "reasonable jurists would find the district court's assessment of [Clay's]

constitutional claims debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 484

(2000).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Magistrate Judge Seltzer's Report and Recommendations [DE 7] are

**ADOPTED**.

2.     Grant's Motion [DE 1] is **DENIED**.

3.     Pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases,

Grant is **DENIED** a certificate of appealability.

4.     The Court will enter a separate Final Judgment consistent with this Order.

**DONE AND ORDERED** is Chambers at Fort Lauderdale, Broward County,

Florida, this 29th day of March, 2016.

JAMES I. COHN
United States District Judge

Copies to counsel of record via CM/ECF.